# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                   PLAINTIFF

vs.                            NO. 4:13CR00205-001  SWW

BRENDEN L. MCGILVRAY                                                        DEFENDANT

### ORDER

Pending before the Court is the government's motion to dismiss the misdemeanor information in the above-styled case pursuant to Rule 48(a). The Court finds that for good cause shown, the motion should be granted.

IT IS THEREFORE ORDERED that the government's motion to dismiss the misdemeanor information [doc #4] be **GRANTED**, and the information pending against Brenden L. McGilvray is dismissed with prejudice.

DATED this 7th day of October 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE